# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVIS WIRE CORPORATION, | CASE NO. C14-047MJP |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| TEAMSTERS LOCAL UNION NO 117, | |
| Defendant. | |

The Court having been notified of the parties' voluntary dismissal of this case (Dkt. No. 82), IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 7, 2017.

_____
Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 1